FILED
CLERK, U.S. DISTRICT COURT
05/04/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CLO_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-cr-00196-VAP |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1956(a)(1)(B)(i): Concealment Money Laundering] |
| OSCAR SANCHEZ, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 1956(a)(1)(B)(i), 2(a)]

On or about October 8, 2018, in Los Angeles County, within the Central District of California, defendant OSCAR SANCHEZ, together with others known and unknown to the Grand Jury, each aiding and abetting the other, conducted and attempted to conduct a financial transaction, namely, the receipt of $50,000 in cash representing narcotics proceeds, affecting interstate and foreign commerce, knowing that the property involved in the transaction represented the proceeds of unlawful activity, and which transactions, in fact, involved the proceeds of specified unlawful activity, that is, the unlawful distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), knowing that the

transaction was designed, in whole or in part, to conceal and disguise the nature, location, and source of such proceeds.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA CURTIS
Assistant United States Attorney
Chief, Violent and Organized Crime Section

JOSEPH T. MCNALLY
Assistant United States Attorney
Violent and Organized Crime Section

CHELSEA V. NORELL
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section